**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. 11-00224-KD** |
| **v.** | * | |
| | * | |
| **LATISHA SHAVON GRIFFIN** | | |

**FINAL JUDGMENT OF FORFEITURE**

WHEREAS, on October 18, 2011 a Plea Agreement was entered by the Defendant, LATISHA SHAVON GRIFFIN, to Count One of the indictment. As a condition of her guilty plea, the defendant, LATISHA SHAVON GRIFFIN agreed to immediately forfeit to the United States all of her right, title, and interest to all property which is set forth in Count Three (Forfeiture Allegation) of the indictment and which is forfeitable to the United States pursuant to Title 18 United States Code, Section 1029. Pursuant to the Plea Agreement, Defendant, LATISHA SHAVON GRIFFIN, agreed to and confessed to forfeit the following property:

(1) One 2007 Chevrolet Silverado pickup truck, VIN# 2GCEC13J671557453.

WHEREAS, The United States properly published notice of the forfeiture of the above described property and the requirements for filing a claim for the property for 30 consecutive days starting October 27, 2011, on www.forfeiture.gov. (Ad # 116357). A Proof of Publication was filed on November 28, 2011, (Doc. 24), specifying the details of this publication. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C, § 853(n).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following property is forfeited to The United States of America pursuant to Title 21, United States Code, Section 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

(1) One 2007 Chevrolet Silverado pickup truck, VIN# 2GCEC13J671557453.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney Michael D. Anderson.

DONE AND ORDERED this 31st day of January, 2012.

      s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE